ANTHONY H. MASON
Chapter 7 Trustee
1850 N CENTRAL AVENUE SUITE 930
PHOENIX, ARIZONA 85004
(602) 808-7770

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MACAULAY, CYNTHIA A. | ) | Case No. 2:08-bk-13421-GBN |
| | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| Debtor. | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

ANTHONY H. MASON, Trustee, reports that the following dividend in an amount less than $5.00 was declared, and pursuant to Bankruptcy Rule 3010 requests that such dividend not be distributed to the creditor, but that it be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| <u>CLAIM NO.</u> | <u>CREDITOR'S NAME AND ADDRESS</u> | <u>AMOUNT</u> |
|---|---|---|
| 6 | Banner Health | $2.59 |
| | Patient Financial Services | |
| | PO Box 2978 | |
| | Phoenix, AZ 85062 | |

DATED this 19th day of January 2011.

/s/ Anthony H. Mason
ANTHONY H. MASON, TRUSTEE